DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARIM S. LADHA** and **ALSHAMS LADHA,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY
MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES,
SERIES 2007-EMX1,** and
**SILVER SHORES MASTER ASSOCIATION, INC.,**
Appellee.

No. 4D20-394

[April 1, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Judge; L.T. Case No. 17-13486(11).

Bruce K. Herman of the Herman Law Group, P.A., Fort Lauderdale, for appellants.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***